DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| American Gen. Fin. Servs., Inc. v. Barnes<br><br>Case below:<br>175 N.C. App. 406 | No. 052P06 | 1.  Plts' PDR Under N.C.G.S. § 7A-31 (COA05-478)<br><br>2.  Def's (Pennsylvania National Mut. Cas. Ins. Co.) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 8/17/06<br><br>2. Dismissed as Moot 8/17/06 |
| Azalea Garden Bd. & Care, Inc. v. Blackwell & Assocs. Mgmt., Inc.<br><br>Case below:<br>176 N.C. App. 766 | No. 219P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-770) | Denied 8/17/06 |
| Brown v. City of Winston-Salem<br><br>Case below:<br>176 N.C. App. 497 | No. 198P06 | Plt's PWC to Review Decision of COA (COA05-464) | Denied 8/17/06 |
| C&S Realty Corp. v. Blowe<br><br>Case below:<br>175 N.C. App. 591 | No. 081P06 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA05-461)<br><br>2.  Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 8/17/06<br><br>2. Dismissed as Moot 8/17/06 |
| Carter-Hubbard Publ'g Co. v. WRMC Hosp. Operating Corp.<br><br>Case below:<br>178 N.C. App. 621 | No. 411P06 | Def's Motion for Temporary Stay (COA05-420) | Allowed 08/11/06 |
| Ellen v. A.C. Schultes of Maryland, Inc.<br><br>Case below:<br>172 N.C. App. 317 | No. 505P05 | 1.  Defendant-Appellants' PWC to Review Order of Superior Court (COA04-1320)<br><br>2.  Defendant-Appellants' PDR to review COA decision | 1. Denied 8/17/06<br><br>2. Denied 8/17/06<br><br>**Timmons-Goodson, J., Recused** |
| Frances L. Austin Family Ltd. P'ship v. City of High Point<br><br>Case below:<br>177 N.C. App. 753 | No. 352P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1514) | Denied 8/17/06 |